IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNETH J. RANEY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-584-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Kenneth J. Raney for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction because the petitioner does not fit within the savings clause found in 28 U.S.C. § 2255(e).

_____    _____
Peter Oppeneer, Clerk of Court            Date

*(signed)* Peter Oppeneer    1/24/13